USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/2024

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNLIMITED CELLULAR, INC.,

           Plaintiff,

v.

RED POINTS SOLUTIONS SL and RED POINTS INC.,

           Defendants.

Case No. 7:21-cv-10638-NSR

**MOTION TO WITHDRAW MICHELLE L. GOLDMAN AS COUNSEL**

---

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Michelle L. Goldman, I hereby move this Court to withdraw my appearance for Defendants, Red Points Solutions SL and Red Points Inc., and to remove my name from the ECF service lists in the above-captioned action. Defendants, Red Points Solutions SL and Red Points Inc. shall continue to be represented by other attorneys at Lowenstein Sandler LLP.

Respectfully submitted,

Dated: December 29, 2023

By: /s/ Michelle L. Goldman
Michelle L. Goldman
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
mgoldman@lowenstein.com
*Attorneys for Defendants Red Points Solutions SL and Red Points Inc.*

---

Attorney Michelle L. Goldman's request to be terminated as counsel for Defendants Red Points Solutions SL and Red Points, Inc. is GRANTED. The Clerk of the Court is directed to terminate the motion at ECF No. 44.

Dated: January 4, 2024
      White Plains, NY

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE